# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIA METKO,
Petitioner,
vs.
TROY L. DILLARD, DIRECTOR OF
MOTOR VEHICLES STATE OF
NEVADA,
Respondent.

No. 70973

**FILED**

SEP 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This pro se petition was docketed in this court on August 5, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Maria Metko

16-29393